| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **HR 442 CORP** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AWAYA FINANCIAL SERVICES 21146 NETWORK PLACE Chicago, IL 60673** | | | | | | $1,194.86 |
| **INNOVATOR ELEVATOR INC 2614 W 13TH STREET Brooklyn, NY 11223** | | | | | | $3,975.47 |
| **NYC DEPARTMENT OF FINANCE PO BOX 5564 Binghamton, NY 13902** | | | | | | $6,852.08 |
| **NYS DEPT OF TAXATION & FI PO BOX 15168 Albany, NY 12212** | | | | | | $57,897.21 |
| **RTR FINANCIAL SERVICES 2 TELEPORT DRIVE SUITE 302 Staten Island, NY 10311** | | | | | | $71,412.36 |
| **SBA PO BOX 3918 Portland, OR 97208** | | | | $500,000.00 | $0.00 | $500,000.00 |
| **WILMINGTON TRUST NAT ASSO 900 THIRD AVENUE FLOOR 20 New York, NY 10022** | | | Contingent Disputed | | | $14,200,000.00 |