3/21/22 7:55PM

# United States Bankruptcy Court
## Eastern District of New York

In re: **HR 442 CORP**  Debtor(s)

Case No. _____
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: 3/22/2022

_____
**AE SOOK CHOI/PRESIDENT**
Signer/Title

AWAYA FINANCIAL SERVICES
21146 NETWORK PLACE
Chicago, IL 60673


INNOVATOR ELEVATOR INC
2614 W 13TH STREET
Brooklyn, NY 11223


NYC DEPARTMENT OF FINANCE
PO BOX 5564
Binghamton, NY 13902


NYS DEPT OF TAXATION & FI
PO BOX 15168
Albany, NY 12212


RTR FINANCIAL SERVICES
2 TELEPORT DRIVE
SUITE 302
Staten Island, NY 10311


SBA
PO BOX 3918
Portland, OR 97208


WILMINGTON TRUST NAT ASSO
900 THIRD AVENUE
FLOOR 20
New York, NY 10022