UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

    HR 442 CORP,

                  Debtor.

Chapter 11

Case No.:

------------------------------------------------------------X

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO E.D.N.Y. LBR 1073-3**

    AE Sook Choi, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 the truth of the following:

1. I am the President of HR 442 CORP,. (the "Debtor"), and submit this declaration pursuant to E.D.N.Y. LBR1073-3.

2. There are no corporations that directly or indirectly own 10% or more of any class of the debtor's equity interests.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2022

                                                    AE Sook Choi, President