3/21/22 7:55PM

# United States Bankruptcy Court
## Eastern District of New York

In re   **HR 442 CORP**  
Debtor(s)

Case No.  
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **HR 442 CORP** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 22, 2022  
Date

*(signature)*  
**Lawrence Morrison**  
Signature of Attorney or Litigant  
Counsel for   **HR 442 CORP**

lmorrison@m-t-law.com